IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN STROUD | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-3355 |
| RYAN BOORSTEIN, ET AL. | : | |
| | : | |

**O R D E R**

**AND NOW**, this  31st  day of  January , 2012, upon consideration of Plaintiff's Motion for Reconsideration of Court's Order Dated November 30, 2011 (ECF No. 21), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion for Reconsideration is **GRANTED**.

2. The Court's November 30, 2011 Order dismissing Plaintiff's Complaint is **VACATED**.

3. The Clerk of Court shall reopen this case.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**