IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN STROUD : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-3355 |
| RYAN BOORSTEIN, ET AL. : | |

**O R D E R**

**AND NOW**, this  30th  day of      June      , 2014, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 48), and all documents submitted in support thereof, and in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK,  J.**