IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN STROUD : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-3355 |
| RYAN BOORSTEIN, ET AL. : | |

**O R D E R**

**AND NOW**, this  5th  day of   November  , 2014, upon consideration of Defendants' Motion *in Limine* to Preclude Plaintiff from Introducing Disposition of Criminal Charges and Results of Blood Alcohol Content Test (ECF No. 30), Plaintiff's Motion *in Limine* to Exclude Any and all Evidence Concerning Prior Criminal History (ECF No. 31), and Plaintiff's Motion *in Limine* to Exclude Any and All Evidence Concerning Encounters Between Plaintiff and Law Enforcement Post-Dating July 18, 2009 (ECF No. 34), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion *in Limine* to Preclude Plaintiff from Introducing Disposition of Criminal Charges and Results of Blood Alcohol Content Test (ECF No. 30) is **DENIED**;

2. Plaintiff's Motion *in Limine* to Exclude Any and all Evidence Concerning Prior Criminal History (ECF No. 31) is **GRANTED** in part and **DENIED** in part.  To the extent that Plaintiff testifies that the force used by Defendant police officers was unprovoked, Defendants may inquire on cross-examination about similar accusations made by Plaintiff in the past.  Defendants may not admit substantive evidence about Plaintiff's prior arrests or convictions; and

3. Plaintiff's Motion *in Limine* to Exclude Any and All Evidence Concerning Encounters Between Plaintiff and Law Enforcement Post-Dating July 18, 2009

(ECF No. 34) is **DENIED**, without prejudice.

**IT IS SO ORDERED.**

                                                BY THE COURT:

                                                _____

                                                **R. BARCLAY SURRICK,  J.**